UNITED STATES OF AMERICA, Appellant, *v.* PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent, Impleaded with Others.

Submitted March 7, 1938; decided March 15, 1938.

Motion for reargument and to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 276 N. Y. 396.)